1  William M. Barron (Admitted as Non-Resident Attorney)
   Email: william.barron@alston.com
2  ALSTON & BIRD LLP
   90 Park Avenue
3  New York, New York 10016
   Phone:       212-210-9400
4  Fax:         212-210-9444

5  Douglas A. Barritt, Bar No. 150955
   Email: dbarritt@barrittsmith.com
6  BARRITT SMITH LLP
   17310 Red Hill Avenue, Suite 140
7  Irvine, California 92614
   Phone:       949-553-0700
8  Fax:         949-553-0715

9  Attorneys for Plaintiff
   OAKITE PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| OAKITE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHAWN WETHERALD, an individual; RONATEC C2C, INC., a California corporation; RONATEC WEST, INC., a California corporation; and RONATEC COAST TO COAST CHEMICAL INC., a California corporation; <br><br> Defendants. | CASE NO. SA CV 08-350-AHS (MLGx) <br><br> [~~PROPOSED~~] **PROTECTIVE ORDER** |

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation between Plaintiff Oakite Products, Inc. and defendants Shawn Wetherald, Ronatec C2C, Inc., Ronatec West, Inc. and Ronatec Coast to Coast Chemical Inc. in paragraphs 1 through 11 above shall be entered as the Order of the Court and be binding upon the parties and signatories to Exhibit "A."

DATED: August 12, 2008

_____
Hon. Marc L. Goldman
United States Magistrate Judge

<u>EXHIBIT A</u>

ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION AND AGREEMENT TO BE BOUND THEREBY:

I hereby acknowledge receipt of and that I have read a copy of the Stipulation for Protective Order and Order (the "Order"), in the action entitled Oakite Products, Inc. v. Shawn Wetherald, et al., Case No. SACV08-350-AHS (MLGx). I understand that Confidential Information, as that term is defined in the Order, will or may be disclosed to me. I understand that said Confidential Information is being provided to me pursuant to the provisions of the Order. I agree that I will be bound by the provisions of the Order with respect to any Confidential Information provided to me. I agree to abide by the Order and not to reveal or otherwise communicate to anyone or utilize any of the information designated "Confidential" that is disclosed to me except in accordance with the terms of such Order. I also agree to destroy or return all Confidential Information to the party who has delivered said Confidential Information to me in accordance with paragraph 6 of the Order. I further understand that if I fail to comply with the terms of the Order, I may be subject to sanctions by the Court, and I hereby consent to personal jurisdiction in the State of California with respect to any matter relating to or arising out of the Order.

Executed this ___ day of _____, 2008 at _____, _____.

_____
[Name]

**PROTECTIVE ORDER**